NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EIS GMBH,**
*Appellant*

**v.**

**NOVOLUTO GMBH,**
*Appellee*

---

2021-2215, 2022-1020, 2022-1191

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-01302, IPR2019-01444, IPR2020-00007.

---

## JUDGMENT

---

CHETAN BANSAL, Paul Hastings LLP, Washington, DC, argued for appellant. Also represented by NAVEEN MODI, ALLAN SOOBERT, IGOR VICTOR TIMOFEYEV.

TAMMY J. TERRY, Osha Bergman Watanabe & Burton LLP, Houston, TX, argued for appellee. Also represented by CALIFF T. COOPER, LISA ERIN MARGONIS, PETER C. SCHECHTER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2023         /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court